Marina M. Karvelas (171702),
mkarvelas@bargerwolen.com
Peter Sindhuphak (235164),
psindhuphak@bargerwolen.com
BARGER & WOLEN LLP
633 West Fifth Street, 47th Floor
Los Angeles, California  90071
Telephone:  (213) 680-2800
Facsimile:  (213) 614-7399

JS-6

Attorneys for Defendant
Canal Insurance Company

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAXUM INSURANCE COMPANY, a Delaware corporation,<br><br>            Plaintiff,<br><br>    vs.<br><br>CANAL INSURANCE COMPANY, a South Carolina corporation, and DOES 1 to 50,<br><br>            Defendants. | CASE NO.: CV 11-3418-AHM (AGRx)<br><br>Honorable A. Howard Matz<br><br>**DECLARATORY JUDGMENT** |

s:\ahm\crd\civil\saved minute orders etc\2011\la11cv03418ahm-j.doc (AGRx)

CV 11-3418-AHM

DECLARATORY JUDGMENT

BARGER & WOLEN LLP
633 W. FIFTH ST.
FORTY-SEVENTH FLOOR
LOS ANGELES, CA 90071
(213) 680-2800

# **DECLARATORY JUDGMENT**

Pursuant to this Court's February 28, 2012 order granting Defendant Canal Insurance Company's ("Canal") Motion to Dismiss, and the parties having acknowledged to the Court that Canal's motion is tantamount to a motion for a declaratory judgment, the Court finds, that as a matter of law, Plaintiff Maxum Insurance Company ("Maxum") is not entitled to the declaration which it seeks under California statutory law and that the rights of the parties with respect to their priority of coverage dispute will be governed by Oregon law.

Accordingly, It is Ordered, Adjudged and Decreed that Oregon law governs the rights of the parties in this dispute.

It Is Further Ordered Plaintiff Maxum take nothing, that judgment be entered in favor of Defendant Canal and that Defendant recovers its costs herein incurred.

Dated: March 14, 2012

_____
The Honorable A. Howard Matz
Judge of the United States District
Court-Central District California

**JS-6**

BARGER & WOLEN LLP
633 W. FIFTH ST.
FORTY-SEVENTH FLOOR
LOS ANGELES, CA 90071
(213) 680-2800

-2-
DECLARATORY JUDGMENT